Exhibit A to the Complaint

**Location:** Fort Lauderdale, FL  
**Total Works Infringed:** 60

**IP Address:** 98.211.176.17  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 4B1F57447FE830921EA68558205337FB35DE6700<br>File Hash: 79F8467976E46ED3C3CBAC5E1230132C1858E94F8905FE628C2D09C8F40367D7 | 02-15-2022 19:25:20 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 2 | Info Hash: 0EA70C4136D3ED3CC3474160F6A54DA00DA9B732<br>File Hash: 5F1E4B5ABBFC4A0B2DD7F46C6414E6B062EDE9E7ECD07E28F56F480D37FB20A6 | 02-12-2022 14:15:14 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 3 | Info Hash: DB36A63BDF54F82FEB476FC9054466F942B5C14D<br>File Hash: 2AC36A6CC2AF4F2EACC724A4295EB5F19809D17B1FE1F4E5E7C96F6486AB66CD | 02-10-2022 22:33:04 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 4 | Info Hash: D8C26E4C6BC4C98B6C1058168C2275E6DA6AAF59<br>File Hash: 4EA8B06806D7A7AB9CD8C3D7089013B7D295AE5292556147D85F0A886E5AD2B4 | 02-10-2022 19:46:25 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 5 | Info Hash: B82C01991EEB4A25F31C65FF84CDC8CB1B253F59<br>File Hash: CF5A358526923E89773249E53032E4B840AE51281850ABEE0268E3D4A18164A7 | 02-08-2022 23:32:52 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 6 | Info Hash: EC40852D6DAF26790A6256DD34017213CD1756BF<br>File Hash: D7973478B39F77F9FD87444AD83D272C340EFE1590C85CC40F93A503B7B38A61 | 02-02-2022 00:31:29 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 7 | Info Hash: B542EE4826A3A5E2CC14B01C49D6FB019F6334DF<br>File Hash: E8910A0E3B43A865B820EBDA5C0FC3AE976C22BD4D23E1A9E0B8532986763E0C | 01-31-2022 00:11:24 | Tushy | 12-02-2018 | 12-18-2018 | PA0002141917 |
| 8 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01-25-2022 00:13:22 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 3BF8426F875DECFA85506D36A574F80B2A19F08B<br>File Hash: FB143D4830531FA2EB332A2331C575F176F0BDECAA39B9C3AA9588E8BF72EABA | 01-25-2022 00:06:02 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 10 | Info Hash: 16A48B7A92A444DC78ECE6EEF12C584E71C8518B<br>File Hash: D6B0942D7A010E755C88F46FC028DC1480211AF742A96DB58CAAD66B7C9DDA89 | 01-11-2022 23:39:16 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 11 | Info Hash: 18D1C9E26A0E196C4C939F1EA4171DFEBA8745CB<br>File Hash: 62105CFE4A8175089B73CB433075DE5C5527E0269FB62B94C460EFD285F4FB2D | 12-26-2021 10:52:13 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 12 | Info Hash: 2FE39DF8781D43017B7FB8AC8C075450D2905953<br>File Hash: 1CCBC4D087B8FDA6170A39A4B2695E889057090CF7054FF3FE8488859B277DC5 | 12-26-2021 10:47:34 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 13 | Info Hash: 785CB7DA9CA2BD968A654E2BDBF17DA3C3A91A0E<br>File Hash: D666BE6383430C00DF9DABEFE90B6DD9B63E1ED6AFE02BAA18493C72865DA559 | 12-24-2021 19:47:42 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |
| 14 | Info Hash: DF720DA10491E1ED21C23B31DCD8367F24699991<br>File Hash: CBCC4C3F05D1D0BB1F303CE624FF170956641BA025A7BE9E7D2A98657C8B9AD7 | 12-22-2021 01:55:36 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 15 | Info Hash: FD6024BEF3762A73A62D6ED2A0473D9631E4AB2D<br>File Hash: E4527D72B244EF3581F2F345D213ED85995D3CA3AEB835822E61F2E526A69B46 | 12-06-2021 22:38:48 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 16 | Info Hash: CC73BA58509C5CC8C9728E50AF0ADCC2309610D9<br>File Hash: 29F574469B30FD6E53418141217398D0F9175F40B85D21F59FDBBA0498559C3F | 10-25-2021 23:41:18 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 17 | Info Hash: 1D41990AB5A3C4C31036F316B1BF79C315123F72<br>File Hash: 12ECE9683A9BC28BC1117CB6E408E662AEE7D8E035206170B47DD4E309FE251B | 10-20-2021 00:57:43 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F2F1D363DB5FAAF52E0991EC8D44300307CF976C<br>File Hash: 383A0519E7F87F67E48BEE1637A2B65FCA49D2D93D26DBBF8F741D6981EFE163 | 09-28-2021 18:38:17 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 19 | Info Hash: 62906BB416FDB39E6D89567E554265F4675FA366<br>File Hash: 90DD728A354B4FFB49F4157353ECE404EDE763B700E584722F9CAD312D6BCCF7 | 09-28-2021 18:37:35 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 20 | Info Hash: 9F603D8C63DBB71F9A0412A6272081629F2302B8<br>File Hash: 2C112D6DCF8D71340CEA6FE8DAAB618588311BA0CAD0060E0D830F64E1A4FC89 | 09-28-2021 18:36:07 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 21 | Info Hash: A323CE426DF8477D9E081137B6455177AD8A5250<br>File Hash: 1AB2725B8ADE18D027E1DDFB402C129AC6926A2368BDB27144E697901F8EB646 | 09-28-2021 18:29:44 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 22 | Info Hash: B071CD0DD8D8C3104E124CAD387BECC6BB3E273F<br>File Hash: AA0BC4C6FE7CD9AC6903EFE7DB520E0D4365147E432EF97207A53D67375A920A | 09-28-2021 18:29:17 | Blacked | 09-02-2019 | 09-13-2019 | PA0002200702 |
| 23 | Info Hash: 84E3BECE3CADAE5C5DE913EEBC5F353240357A56<br>File Hash: A27BD0DC662A8E494AD2DF17811179E86B6B9837BA8D162AEAE0C027D35B8BA2 | 09-28-2021 18:29:07 | Vixen | 12-10-2019 | 01-03-2020 | PA0002233429 |
| 24 | Info Hash: C3D5EEA1F67A4B5B3ED060EE1CD17D3B97ACF17C<br>File Hash: 8F4F678A4D8534C62D03B36FF6AB5798279BB22428532CD1B2E7B1102ACC0068 | 09-28-2021 18:25:25 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 25 | Info Hash: 64C5FE3D236310F40A80E7FBC9905050811C3CB6<br>File Hash: 2FC8A2A0D43277B48375863E8F59D1CAFF37560781141E53CAB03956CC4901CD | 09-28-2021 18:11:17 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 26 | Info Hash: 315D6998E997E35BA990750436DC4FCC9A8D1E5D<br>File Hash: 0E37654E33ECDB734A7E5DB1FB6D985CE23524DD2A4333ACCB36D2C304E80345 | 09-28-2021 00:32:19 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 476E3FCFB4524984E49DD1F39430AE41906240C2<br>File Hash: 834F8CC547969E6D74E71C8E2618B5179EDD19A9D83856E87770170049640070 | 09-28-2021 00:05:51 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 28 | Info Hash: 8AEA27202C47B378BF48659CC2938DB8691054EF<br>File Hash: 0D3B456AA0D88C15AF796288F66A6A6E23996BA5771C0CD7F6A9A0F347D69959 | 09-28-2021 00:02:04 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 29 | Info Hash: C9F33CBBA97AD447098DDEBA78E24020D3938C10<br>File Hash: D251B62A82C8F59D740F9B3CB21B829B90D45CBE01F3BA6BF71F5438F3270448 | 09-28-2021 00:01:58 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 30 | Info Hash: 11575B869DE3A034D920FFDFADEB055C540A076F<br>File Hash: 9769506A26BB7AB24ADA6E8FF52442E3358BCEA9CC9F82DD85B901079B2C4AC6 | 09-28-2021 00:00:50 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 31 | Info Hash: 013FB4E2FE05A577E30A26645152DD345E96C188<br>File Hash: 5EA853B95915065642C5BE28E33FA79850309D4241179FCD4851A98B19346A3B | 09-28-2021 00:00:46 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 32 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 09-28-2021 00:00:44 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 33 | Info Hash: CCF640BE0F22EDFFA9A663CAF10C58DAFF0F7291<br>File Hash: 302D8E587237A608442ABBB835E6496B29280BD0D18E9997F623E4F4E6FF138C | 09-27-2021 22:42:35 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 34 | Info Hash: 8B102C939A536F0A04F59A3E981AFB88B91C373C<br>File Hash: F5C02467987C0038A211F96199064EDC9453F28BC989F0D5F6276B4C807F4D1B | 09-23-2021 04:10:40 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 35 | Info Hash: 21CB5E1FF419AFFACA09F98CC1D381A99A367A45<br>File Hash: 743885927C6AE81F96CC664476B080175658EDE112692B29A6352C9CADD352BD | 09-11-2021 02:07:18 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6C93472B870D1A3FBCE36D3F90CC0E1E9DBD0E15<br>File Hash: 5958605F5086F5D45257FDD2CA4E68380E869342BFE06E9C9E4BC48334ADC732 | 07-18-2021 20:23:07 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 37 | Info Hash: 69C9F53211EBED75C554695B75810F89D9FDC88F<br>File Hash: 37EE312AE69282603F1ED35C678EC4177E248F39AD21555A0C70531A8F677883 | 07-13-2021 22:54:23 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 38 | Info Hash: ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39<br>File Hash: BF2324E563299B843D750C225AA4713748F774270CACA8F99C61C55B55BEC599 | 07-09-2021 15:47:03 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 39 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 07-09-2021 15:41:39 | Blacked | 06-14-2019 | 07-17-2019 | PA0002188312 |
| 40 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-09-2021 15:31:13 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 41 | Info Hash: 9129C8000A972FB605AA21176EC92A7B890979AB<br>File Hash: 5DF83ACD7891971173F2A56E238AE8352571D5F4AF56F7B997E09FB7011F869D | 06-08-2021 20:57:32 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 42 | Info Hash: FC4BC98F0338FFA6C2E5005A2E540706EF28C66E<br>File Hash: B1ADD14D02483E3D5FF0278F098B71003299DE04C5312ED2D2B019C5CAD45107 | 06-08-2021 05:31:18 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 43 | Info Hash: F6F6E85EF58124FE67721F57BE8F0B8969265A70<br>File Hash: 5B997EAD03C3DFF17B04206D25840F5CB045304FE3FDA4CC3ABA6FDA1B6FADAA | 06-08-2021 05:23:18 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 44 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC<br>File Hash: 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 06-08-2021 05:23:16 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 446671764D5224CC3B1FCC42D8BDA32FAB667729<br>File Hash: A1FF86E264C717EF473BE515F76B7598C4B49FBAA103DFA75E937F0713EF8BD8 | 05-19-2021 01:52:11 | Vixen | 08-02-2018 | 09-01-2018 | PA0002119574 |
| 46 | Info Hash: 710B65149B6003DEB4C088447741D46DFE159FAE<br>File Hash: 89A777633FD6B2E6877491E21013997B1FBC065164D73B8E44F1E58EFF3A19A6 | 05-11-2021 10:44:20 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 47 | Info Hash: 09EE300AFC18446C7E051E6A71568289D703C79D<br>File Hash: 86E5CDB949365CFDAE4FB08ADAEC4C409B815601EACD1737765E421F7BEA91D0 | 05-05-2021 13:58:38 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 48 | Info Hash: 53DBC421CF5384D37518C1A29380129A6AF37382<br>File Hash: 558B55C2563BC3BEE935B78524FEBEC0139B789D52197377F77894FF1EE844B9 | 04-14-2021 02:47:03 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 49 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash: 86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 03-31-2021 00:45:01 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 50 | Info Hash: F0B1D1D29F6E1277281FC9500A67965B64DF08EC<br>File Hash: E3CD0158EAE9CB652165410A6816EE6EEBE0BD75A849CDFEE5D2716AEADBF20D | 03-06-2021 20:19:12 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |
| 51 | Info Hash: 9968F7EB1729B78829F9D0A289D06086767DBC08<br>File Hash: CD83796BF4286BF13FD65DCE1E36E5CFFE08686AFCA13F35290D515AD8840E4D | 03-06-2021 20:18:50 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 52 | Info Hash: 5956C4B75F5FBD1561CAEC5B99FDD5DB570EC143<br>File Hash: CE3950083625FC694420029B3210A87A36EE57359C9762A77005134665524EE0 | 03-06-2021 20:11:54 | Vixen | 12-30-2019 | 01-27-2020 | PA0002223956 |
| 53 | Info Hash: E721CB3522454CD23162C832B1DF12EEEF30FA66<br>File Hash: 29E9E17752C20D336B9920CBF37C14D629BB5F51B0631F551F1F7024A2AA13D1 | 03-06-2021 18:39:10 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 7EC5330CCA18C5B56457D6D7059A8169CA34F997<br>File Hash: C3731A4BA075105CCB2199D5175463BD633F807DBA1084A4807E918A7F3F1CD2 | 02-28-2021 21:53:58 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 55 | Info Hash: 411F6CF91A09ECA69F1158D6DA569C7F7254F311<br>File Hash: AFDA5E441240E9E9D400C2DB93232B8AFB5E26F4D22322CDC489C9538921AA35 | 02-26-2021 02:00:53 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 56 | Info Hash: C81906D2807ADA3640AC58B3EC5D9561DA855DFF<br>File Hash: 73E264FF38EE4C117648C69AAF8CBBA60EFE965D833B3A770C49CC8E10C2FBFF | 02-26-2021 01:36:11 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 57 | Info Hash: EF0EB102F917E5F83AF9D3DB48FB95AFFC60A311<br>File Hash: 4CF124B87DF1DD1F8560390202781E9F8F01665ED5EAA22270B428ECA34656E9 | 02-26-2021 01:34:53 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 58 | Info Hash: D704263607537C80DFFC21F831D21C0E7F7C7248<br>File Hash: 096FB186BDC885A75F6A990ECC42CA03785545D68C5B6F1C2082861C16F8CD51 | 02-14-2021 23:58:50 | Vixen | 05-14-2019 | 07-05-2019 | PA0002206408 |
| 59 | Info Hash: 08E0F03F7656F2101A8EC5CBCB8ABD6B8BFD5AF8<br>File Hash: 44C794B58B90627A34DF9D6B904EF6B6784E2EEB410EAC42028BA6853399E6FF | 02-14-2021 23:56:58 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 60 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F<br>File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 02-01-2021 23:31:39 | Blacked Raw | 08-15-2019 | 09-17-2019 | PA0002216211 |